Charles, Philip and George Moulopoulos, Appellants, v. Northern Trust Company, Appellee.

Gen. No. 42,924.

*opinion filed* June 16, 1944. H. M. Phipps, for appellants. Pam, Hurd & Reichmann, for appellee; Arthur M. Cox and Lester G. Britton, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.